IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES TOWNSEND AND LESLIE TOWNSEND, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:22-cv-00250 |
| v. | § § | |
| MIDLAND MORTGAGE, | § § § | |
| Defendant. | § § | |

## DEFENDANT'S AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendant Midland Mortgage ("Midland" or "Defendant"), files this its *Agreed Motion to Continue Scheduling Conference* and shows as follows:

### I. SUMMARY

1. Plaintiffs James and Leslie Townend (collectively "Plaintiffs") filed this action on December 29, 2021 in response to Defendant's pursuit of a foreclosure of the real property known as 46 Barley Hall, Spring, Texas 77382 (the "Property"). (*See Petition* at ¶8.) This action was originally filed in the 284th Judicial District Court of Montgomery County, Texas, and was removed to this Court on January 25, 2022. [ECF No. 1].

2. Plaintiffs and Defendant have discussed a possible resolution of this case.

3. To avoid unnecessary attorney's fees and expense, Plaintiff and Defendant agree that the March 4, 2022 Initial Pretrial and Scheduling Conference presently scheduled in this matter [ECF No. 3] should be continued by 30 days so that the parties may continued to discuss a resolution of this case.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully prays that the Court continue the March 4, 2022 Initial Pretrial and Scheduling Conference presently set in this matter by 30 days.  Defendant requests all other relief to which it may be entitled.

> Respectfully submitted,
>
> By:   */s/ Mark D. Cronenwett*
> **MARK D. CRONENWETT**
> Attorney in Charge
> Texas Bar No. 00787303
> Southern District Bar No. 21340
> mcronenwett@mwzmlaw.com
>
> **MACKIE WOLF ZIENTZ & MANN, P.C.**
> 14160 North Dallas Parkway, Suite 900
> Dallas, Texas 75254
> Telephone: (214) 635-2650
>
> *Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Jacob Hyde, counsel for Plaintiff, and Mr. Hyde is in agreement with this motion.

> */s/ Mark D. Cronenwett*
> **MARK D. CRONENWETT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via ECF notification on February 17, 2022 on the following counsel of record:

Jacob Hyde
Jacob.hyde.law@gmail.com
Hyde Law, PLLC
7 Switchbud Place, Ste. 192-275
The Woodlands, Texas 77380
*Counsel for Plaintiffs*

> */s/ Mark D. Cronenwett*
> **MARK D. CRONENWETT**