United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES TOWNSEND AND LESLIE TOWNSEND, § § § Plaintiffs, § § VS. § MIDLAND MORTGAGE, § § Defendant. § | CIVIL ACTION NO. H-22-250 |

### ORDER

The court granted the defendant's motion to dismiss on March 29, 2022. The court gave the plaintiffs leave to amend no later than April 30, 2022. The court warned the plaintiffs that the case would be dismissed with prejudice if the plaintiffs did not timely amend. (Docket Entry No. 9). The plaintiffs did not amend. This case is dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SIGNED on May 5, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge